

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD SAVOY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON PRIVATE FINANCIAL HOLDINGS, INC., ANTHONY DECHELLIS, STEPHEN M. WATERS, MARK F. FURLONG, JOSEPH C. GUYAUX, DEBORAH F. KUENSTNER, GLORIA C. LARSON, LIZABETH H. ZLATKUS, LUIS A. UBINAS, and KIMBERLY S. STEVENSON,<br><br>Defendants. | Case No.: 1:21-cv-11537-PBS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF CO-LEAD COUNSEL |

WHEREAS, the above-captioned putative class action under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") has been filed in the District of Massachusetts (the "Action"); and

WHEREAS, Plaintiff Richard Savoy filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Savoy has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Savoy seeks approval of his selection of Monteverde & Associates PC and Brodsky & Smith, LLC to serve as Co-Lead Counsel, with the Matorin Law Office, LLC to serve as Liaison Counsel, for Lead Plaintiff and the putative Class;

1

AND NOW THIS ____ day of December 2021, the Court having considered Savoy's Motion for Appointment as Lead Plaintiff and Approval of his Selection of Counsel and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

**LEAD PLAINTIFF**

1. Savoy's Motion to serve as Lead Plaintiff in the Action is GRANTED.

Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Richard Savoy, is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

2. Savoy's Motion for approval of his counsel as Co-Lead Counsel is GRANTED.

Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Monteverde & Associates PC and Brodsky & Smith, LLC are approved to serve Co-Lead Counsel for the Lead Plaintiff and the putative Class. The Matorin Law Office, LLC is approved to serve as Liaison Counsel for the Lead Plaintiff and the putative class.

IT IS SO ORDERED.

DATED: 1/3/22

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

without oppos.