UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD SAVOY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOSTON PRIVATE FINANCIAL )<br>HOLDINGS, INC. ET AL )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 21-11537-PBS |

# ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated August 26, 2022, allowing defendant's motion to dismiss (Docket No. 24), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: August 26, 2022